IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

ANTONIO MEZA-SAYAS,       )
                               )
               Petitioner,      )     Case No. CV-04-375-S-MHW
                               )
v.                            )     **JUDGMENT**
                               )
JEFF CONWAY, Warden, Idaho    )
Correctional Center,           )
                               )
              Respondent.    )
_____)

      On September 10, 2007, the Court entered an Order dismissing this action with prejudice.   Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.

DATED:  **September 10, 2007**



_____
Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT  1**